UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-27773-BLOOM/REID

LORENA CASTELLANOS KINDELAN,

Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, and
FELIX GUTIERREZ,

Defendants.
______________________________________/

**NOTICE OF APPEARANCE BY PATRICK BROOKS LAROU, ESQ.**

Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Lorena Castellanos Kindelan, and requests that all pleadings, correspondence, and documents related to this case be served on him at the address and email address below.

Respectfully submitted this 3rd day of November 2026,

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*