**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:26-cv-27773-BB

LORENA CASTELLANOS KINDELAN,

Plaintiff,

v.

LAJATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ,

Defendants.
______________________________________/

**DEFENDANTS' NOTICE OF FILING**

Defendants, LAJATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ, by and through undersigned counsel and pursuant to this Court's Order dated November 3, 2026 [***ECF No. 5***] hereby file this Notice of Filing of a true and correct copy of the docket sheet in the State Court Action, Miami-Dade County Court, Case No. 2026-134213-CC-25, *Lorena Castellanos Kindelan vs LaJato Restaurant LLC et al*.

Respectfully submitted, this 10th day of November, 2026.

ADI AMIT, P.A.
*Counsel for Defendants*
500 N.E. 4th Street, Suite 101
Fort Lauderdale, Florida 33301
Phone: (954) 533-5922
E-mail: adi@defenderofbusiness.com

By: s/Adi Amit
Adi Amit, Esquire
Florida Bar No.: 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2026, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

***Lorena Castellanos Kindelan v. LaJato Restaurant, LLC, et al.***
Case No. Case No.: 1:26-cv-27773-BB

Brian H. Pollock, Esquire
Katelyn Schickman, Esquire
Patrick Brooks LaRou, Esquire
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
brian@fairlawfirm.com
katie@fairlawattorney.com
brooks@fairlawfirm.com
*Counsel for Plaintiff*

Adi Amit, Esquire
ADI AMIT, P.A.
500 N.E. 4th Street
Suite 100
Ft. Lauderdale, FL 33301
adi@defenderofbusiness.com
*Counsel for Defendants*