# Case Information

**Local Case Number:**
2026-134213-CC-25

**State Case Number:**
132026CC13421301GE25

**Case Style:**
Lorena Castellanos Kindelan vs LaJato Restaurant LLC et al

**Filing Date:**
10/07/2026

**Judicial Section:**
CC 03 - Downtown Miami 03 - Judge Lopez, Carlos

**Case Status:**
OPENINACT

**Case Type:**
Contract and Indebtedness ($30,001 - $50,000)

**Consolidated Case No.:**

# Related Cases

No data available

# Hearing Details

No data available

# Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Castellanos Kindelan, Lorena | **B#:** 1039018<br>LaRou, Patrick Brooks | **B#:** 174742 Pollock, Brian H<br>**B#:** 1064879 SCHICKMAN, KATELYN |
| Defendant | LaJato Restaurant LLC | | |
| Defendant | Perez, Ivonne | | |
| Defendant | Gutierrez, Felix | | |

# Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 20 | 11/02/2026 | 35561/3881 | Notice of Removal to Federal Court | Event | |
| 18 | 10/20/2026 | | Notice of Appearance | Event | |
| 17 | 10/15/2026 | | Service Returned | Event | |
| 16 | 10/15/2026 | | Service Returned | Event | |
| 15 | 10/15/2026 | | Service Returned | Event | |
| 14 | 10/14/2026 | | Notice of Appearance | Event | |
| 13 | 10/13/2026 | | Receipt: | Event | Receipt#:2090035 Amt Paid:$30.00 Name:POLLOCK, BRIAN H FAIRLAW FIRM 135 SAN LORENZO AVE, SUITE 770 CORAL GABLES FL 33146 Comment: Allocation Code Quantity Unit Amount 2139-Summons Issue Fee 1 $10.00 $10.00 2139-Summons Issue Fee 1 $10.00 $10.00 |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | | | | | 2139-Summons Issue Fee 1 $10.00 $10.00 Tender Type:eFilings Tender Amt:$30.00 Receipt Date:10/13/2026 Register#:209 Cashier:EFilingUser EFiling #:258777398 |
| 12 | 10/09/2026 | | Electronic Summons Email Notification Sent | Event | Brian H Pollock |
| 11 | 10/09/2026 | | Electronic Summons Email Notification Sent | Event | Brian H Pollock |
| | 10/09/2026 | | 20 Day Summons Issued | Service | |
| 10 | 10/09/2026 | | ESummons 20 Day Issued | Event | Re: Index # 6. |
| | 10/09/2026 | | 20 Day Summons Issued | Service | |
| 9 | 10/09/2026 | | ESummons 20 Day Issued | Event | Re: Index # 5. |
| 8 | 10/09/2026 | | Electronic Summons Email Notification Sent | Event | Brian H Pollock |
| | 10/09/2026 | | 20 Day Summons Issued | Service | |
| 7 | 10/09/2026 | | ESummons 20 Day Issued | Event | Re: Index # 4. |
| 3 | 10/09/2026 | | Receipt: | Event | Receipt#:3180047 Amt Paid:$400.00 Name:POLLOCK, BRIAN H FAIRLAW FIRM 135 SAN LORENZO AVE, SUITE 770 CORAL GABLES FL 33146 Comment: Allocation Code Quantity Unit Amount 2100-County Filing Fee 1 $400.00 $400.00 Tender Type:eFilings Tender Amt:$400.00 Receipt Date:10/09/2026 Register#:318 Cashier:EFilingUser EFiling #:258728200 |
| 6 | 10/08/2026 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 5 | 10/08/2026 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 4 | 10/08/2026 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 2 | 10/07/2026 | | Complaint | Event | |
| 1 | 10/07/2026 | | Civil Cover Sheet - Claim Amount | Event | |